Argued March 21, 1967.  *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellees.

Judgment affirmed.

## Commonwealth ex rel. Fidtler, Appellant, *v.* Rundle.

Submitted March 20, 1967.  *Joseph Fidtler,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Katz, Appellant, *v.* Katz.

Argued March 27, 1967.  *S. Gordon Elkins,* with him *Milton O. Moss,* and *Fox, Differ, DiGiacomo & Lowe,* and *Stradley, Ronon, Stevens & Young,* for appellant; *A. R. Horsey,* with him *William L. O'Hey, Jr., John F. Solomon, Jr.,* and *Henderson, Wetherill & O'Hey,* for appellee.

Order affirmed.

## Commonwealth ex rel. Katz *v.* Katz, Appellant.

Argued March 27, 1967.  *S. Gordon Elkins,* with him *Milton O. Moss,*

and *Fox, Differ, DiGiacomo & Lowe,* and *Stradley, Ronon, Stevens & Young,* for appellant; *A. R. Horsey,* with him *William L. O'Hey, Jr., John F. Solomon, Jr.,* and *Henderson, Wetherill & O'Hey,* for appellee.

Order affirmed.

## Commonwealth ex rel. Katz *v.* Katz, Appellant.

Argued March 27, 1967. *S. Gordon Elkins,* with him *Milton O. Moss,* and *Fox, Differ, DiGiacomo & Lowe,* and *Stradley, Ronon, Stevens & Young,* for appellant; *A. R. Horsey,* with him *William L. O'Hey, Jr., John F. Solomon, Jr.,* and *Henderson, Wetherill & O'Hey,* for appellee.

Order affirmed.

## Commonwealth ex rel. Moore, Appellant, *v.* Myers.

Submitted March 23, 1967. *Bernard Moore,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Oster *v.* Oster, Appellant.

Argued March 22, 1967. *James P. Geoghegan,* with him *Geoghegan & Ozorowski,* for appellant; *Louis D. Stefan,* for appellee.

**Order affirmed.**